UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIA LEIB and LISA THOMPSON, individually, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REX ENERGY OPERATING CORP., a Delaware corporation, and PENNTEX RESOURCES ILLINOIS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 06 CV 802-JPG-CJP |

## ORDER

**PROUD, Magistrate Judge:**

Gary K. Tussey, d/b/a Tussey Oil Exploration & Producer is before the Court seeking to quash a subpoena issued on behalf of the plaintiffs. **(Doc. 57)**. A review of the record reveals that Tussey has filed an amended motion to quash **(Doc. 58)**.

**IT IS THEREFORE ORDERED** that Tussey's initial motion **(Doc. 57)** is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: July 24, 2008

                                                                s/ Clifford J. Proud
                                                                 **CLIFFORD J. PROUD**
                                                                 **U. S. MAGISTRATE JUDGE**